CLOSED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:24−cv−06793−CFK

CLARY v. PENNSYLVANIA STATE UNIVERSITY et al
Assigned to: DISTRICT JUDGE CHAD F. KENNEY
Case in other court: Court of Common Pleas of Philadelphia, 241103388
Cause: 15:1 Antitrust Litigation

Date Filed: 12/20/2024
Date Terminated: 03/11/2025
Jury Demand: Plaintiff
Nature of Suit: 410 Other Statutes: Anti−Trust
Jurisdiction: Federal Question

**Plaintiff**

**KANYE CLARY**     represented by     **MICHAEL S. KATZ**
LOPEZ MCHUGH LLP
214 FLYNN AVENUE
MOORESTOWN, NJ 08057
856−273−8500
Fax: 856−273−8502
Email: mkatz@lopezmchugh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PENNSYLVANIA STATE UNIVERSITY**     represented by     **ANDREW HOPE**
BUCHANAN INGERSOLL & ROONEY PC
50 S 16TH ST SUITE 3200
PHILADELPHIA, PA 19102
215−665−5322
Email: andrew.hope@bipc.com
*ATTORNEY TO BE NOTICED*

**GEOFFREY F. SASSO**
Buchanan Ingersoll & Rooney, P.C.
50 S. 16th Street
Ste 3200
Philadelphia, PA 19102
215−665−3918
Email: Geoffrey.sasso@bipc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**MICHAEL RHOADES**     represented by     **ANDREW HOPE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GEOFFREY F. SASSO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**HAPPY VALLEY UNITED**

**Defendant**

**SUCCESS WITH HONOR NIL, INC.**

**Defendant**

| | | |
|---|---|---|
| **BLUEPRINT SPORTS AND ENTERTAINMENT, LLC** | represented by | **ARTHUR D. GOLDMAN**<br>LAW OFFICES OF ARTHUR GOLDMAN LLC<br>1800 E LANCASTER AVE SUITE M<br>PO BOX 115<br>PAOLI, PA 19301<br>Email: arthurdgoldman@hotmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**JOHN DOES**
*1–10*

**Defendant**

**ABC CORPORATIONS**
*1–10*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2024 | Ï 1 | NOTICE OF REMOVAL by MICHAEL RHOADES, PENNSYLVANIA STATE UNIVERSITY (Filing fee $ 405 receipt number APAEDC–17960824), filed by MICHAEL RHOADES, PENNSYLVANIA STATE UNIVERSITY. (Attachments: # 1 Exhibit A – Complaint, # 2 Exhibit B – PCCP Notice of Filing Notice of Removal, # 3 Exhibit C – Consents, # 4 Civil Cover Sheet, # 5 Designation Form)(SASSO, GEOFFREY) (Entered: 12/20/2024) |
| 12/20/2024 | Ï 2 | Disclosure Statement Form pursuant to FRCP 7.1 by PENNSYLVANIA STATE UNIVERSITY.(SASSO, GEOFFREY) (Entered: 12/20/2024) |
| 12/24/2024 | Ï 3 | State Court record received from Court of Common Pleas of Philadelphia County. (CCP – Philadelphia County cv, ) (Entered: 12/24/2024) |
| 12/26/2024 | Ï 4 | ORDERED THAT COUNSEL CONTEMPLATING FILING A MOTION UNDER FED. R. CIV. P. 12(B)(6), (E), OR (F), SHALL FIRST CONTACT OPPOSING COUNSEL TO DISCUSS THE SUBSTANCE OF THE CONTEMPLATED MOTION AND TO PROVIDE AN OPPORTUNITY TO CURE ANY ALLEGED PLEADING DEFICIENCIES OR STRIKE CERTAIN MATTER. THIS CONFERENCE SHALL TAKE PLACE AT LEAST SEVEN (7) DAYS BEFORE THE FILING OF THE MOTION. SIGNED BY DISTRICT JUDGE CHAD F. KENNEY ON 12/26/2024. 12/26/2024 ENTERED AND COPIES E–MAILED.(sg) (Entered: 12/26/2024) |
| 12/26/2024 | Ï 5 | ORDERED THAT THE REMOVING DEFENDANTS SHALL, ON ECF, ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT ON OR BEFORE JANUARY 20, 2025. SIGNED BY DISTRICT JUDGE CHAD F. KENNEY ON 12/26/2024. 12/26/2024 ENTERED AND COPIES E–MAILED.(sg) (Entered: 12/26/2024) |

| | | |
|---|---|---|
| 12/30/2024 | Ï 6 | NOTICE of Appearance by ANDREW HOPE on behalf of PENNSYLVANIA STATE UNIVERSITY, MICHAEL RHOADES (HOPE, ANDREW) (Entered: 12/30/2024) |
| 01/17/2025 | Ï 7 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by PENNSYLVANIA STATE UNIVERSITY, MICHAEL RHOADES.Certificate of Conferral, Certificate of Service. (Attachments: # 1 Memorandum of Law in Support, # 2 Text of Proposed Order)(SASSO, GEOFFREY) (Entered: 01/17/2025) |
| 01/24/2025 | Ï 8 | MOTION to Transfer filed by PENNSYLVANIA STATE UNIVERSITY, MICHAEL RHOADES.Memorandum, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Exhibit "A" – Affidavit of Rhoades, # 3 Exhibit Exhibit "B" – Affidavit of Mark Toniatti, # 4 Exhibit Exhibit "C" – Affidavit of Matthew Melvin)(SASSO, GEOFFREY) (Entered: 01/24/2025) |
| 01/31/2025 | Ï 9 | RESPONSE to Motion re 7 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by KANYE CLARY AND MOTION TO AMEND THE COMPLAINT (Attachments: # 1 Text of Proposed Order, # 2 Exhibit)(KATZ, MICHAEL) Modified on 3/7/2025 (ahf). (Entered: 01/31/2025) |
| 02/03/2025 | Ï 10 | NOTICE by PENNSYLVANIA STATE UNIVERSITY, MICHAEL RHOADES *[Amended Notice of Removal]* (SASSO, GEOFFREY) (Entered: 02/03/2025) |
| 02/04/2025 | Ï 11 | RESPONSE in Opposition re 8 MOTION to Transfer filed by KANYE CLARY. (Attachments: # 1 Text of Proposed Order)(KATZ, MICHAEL) (Entered: 02/04/2025) |
| 02/07/2025 | Ï 12 | ORDER THAT DEFENDANTS SHALL FILE A RESPONSE TO PLAINTIFF'S ARGUMENT THAT DIVERSITY JURISDICTION CANNOT BE RAISED WHEN THE DEFENDANT RESIDES IN THE FORUM COURT, AS SET FORTH IN PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO TRANSFER VENUE. A RESPONSE IS DUE ON OR BEFORE 2/18/2025. SIGNED BY DISTRICT JUDGE CHAD F. KENNEY ON 2/7/2025. 2/7/2025 ENTERED AND COPIES E–MAILED.(ahf) (Entered: 02/07/2025) |
| 02/11/2025 | Ï 13 | MOTION for Leave to File *Amended Notice of Removal* filed by PENNSYLVANIA STATE UNIVERSITY, MICHAEL RHOADES.Certificate of Service. (Attachments: # 1 Memorandum of Law In Support, # 2 Exhibit A – proposed Amended Notice of Removal, # 3 Text of Proposed Order)(SASSO, GEOFFREY) (Entered: 02/11/2025) |
| 02/11/2025 | Ï 14 | REPLY to Response to Motion re 7 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by PENNSYLVANIA STATE UNIVERSITY, MICHAEL RHOADES. (Attachments: # 1 Exhibit A – 1/17/2025 Email, # 2 Exhibit B – Return of Service)(SASSO, GEOFFREY) (Entered: 02/11/2025) |
| 02/17/2025 | Ï 15 | REPLY to Response to Motion re 8 MOTION to Transfer *Venue* filed by PENNSYLVANIA STATE UNIVERSITY, MICHAEL RHOADES. (SASSO, GEOFFREY) (Entered: 02/17/2025) |
| 02/18/2025 | Ï 16 | NOTICE of Appearance by ARTHUR D. GOLDMAN on behalf of BLUEPRINT SPORTS AND ENTERTAINMENT, LLC (GOLDMAN, ARTHUR) (Entered: 02/18/2025) |
| 02/18/2025 | Ï 17 | RESPONSE in Support re 8 MOTION to Transfer , 7 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by BLUEPRINT SPORTS AND ENTERTAINMENT, LLC. (GOLDMAN, ARTHUR) (Entered: 02/18/2025) |
| 02/19/2025 | Ï 18 | ORDER THAT DEFENDANT BLUEPRINT SPORTS AND ENTERTAINMENT, LLC SHALL FILE ITS DISCLOSURE STATEMENT BY 12:00 P.M. ON OR BEFORE 2/26/2025. SIGNED BY DISTRICT JUDGE CHAD F. KENNEY ON 2/19/2025. 2/19/2025 ENTERED AND COPIES E–MAILED.(ahf) (Entered: 02/19/2025) |
| 03/07/2025 | Ï 19 | |

| | | |
|---|---|---|
| | | MEMORANDUM. SIGNED BY DISTRICT JUDGE CHAD F. KENNEY ON 3/7/2025. 3/7/2025 ENTERED AND COPIES E–MAILED. NOT MAILED TO UNREPS.(ahf) (Entered: 03/07/2025) |
| 03/07/2025 | Ï 20 | ORDER THAT PLAINTIFF'S MOTION TO REMAND (DOC. NO. 9) AND DEFENDANTS THE PENNSYLVANIA STATE UNIVERSITY AND MICHAEL RHOADES' MOTION FOR LEAVE TO AMEND THE NOTICE OF REMOVAL (DOC. NO. 13) ARE DENIED. TO THE EXTENT THAT PLAINTIFF'S VOLUNTARY DISMISSAL OF CLAIMS IS A MOTION TO AMEND THE COMPLAINT, THAT MOTION (DOC. NO. 9 AT 3–4) IS GRANTED. SIGNED BY DISTRICT JUDGE CHAD F. KENNEY ON 3/7/2025. 3/7/2025 ENTERED AND COPIES E–MAILED. NOT MAILED TO UNREPS.(ahf) (Entered: 03/07/2025) |
| 03/10/2025 | Ï | Copy of Memo and Order (Doc. Nos. 19 & 20) mailed to unrep parties on 3/10/2025. (ahf) (Entered: 03/10/2025) |
| 03/11/2025 | Ï 21 | MEMORANDUM. SIGNED BY DISTRICT JUDGE CHAD F. KENNEY ON 3/11/2025. 3/11/2025 ENTERED AND COPIES E–MAILED. NOT MAILED TO UNREPS.(ahf) (Entered: 03/11/2025) |
| 03/11/2025 | Ï 22 | ORDER THAT THE MOTION TO TRANSFER VENUE OF DEFENDANTS, THE PENNSYLVANIA STATE UNIVERSITY AND MICHAEL RHOADES (DOC. NO. 8) IS GRANTED. THIS ACTION SHALL BE TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA.. SIGNED BY DISTRICT JUDGE CHAD F. KENNEY ON 3/11/2025. 3/11/2025 ENTERED AND COPIES E–MAILED. NOT MAILED TO UNREPS.(ahf) (Entered: 03/11/2025) |
| 03/11/2025 | Ï | CASE TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA VIA ELECTRONIC TRANSFER ON 3/11/2025. (ahf) (Entered: 03/11/2025) |