UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Kanye Clary,**<br>        Plaintiff | : | **Civil Action No. 4:25-cv-00445** |
| | : | |
| vs. | : | |
| | : | |
| **Pennsylvania State University, Michael Rhoades, Happy Valley United, Success with Honor NIL, Inc., Blueprint Sports and Entertainment, LLC, John Does 1-10, and ABC Corporations 1-10.**<br>        *Defendants* | : | **Hon. C.J. Matthew W. Brann** |

## **STIPULATION**

AND NOW, this _____ day of _____, 2025, by agreement of all parties, it is hereby ORDERED that Defendant Success With Honor, Inc. is hereby DISMISSED without prejudice.

**Lopez McHugh, LLP**

_____
Michael S. Katz, Esquire
214 Flynn Avenue
Moorestown, NJ 08057
mkatz@lopezmchugh.com
Telephone: (856) 273-8500
Facsimile: (856) 273-8502
*Attorneys for Plaintiffs*

Dated: April 11, 2025

**BUCHANAN INGERSOLL & ROONEY**

By: _Andrew Hope____
Geoffrey F. Sasso, Esq.
Andrew Hope, Esq.
Makenzie P. Leh, Esq.
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
T: 215-665-8700
F: 215-665-8760
*Attorneys for Defendants, The Pennsylvania State University and Michael Rhoades*

Dated: April 11, 2024

**Law Office of Arthur D. Goldman**

By: _Arthur D. Goldman_____
Arthur D. Goldman, Esq.
P.O. Box 115
Paoli, PA 19301
TEL: 484-343-2856
FAX: 610-296-7730
*Attorneys for Defendants Blueprint Sports*

Dated: April 11, 2025