# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KANYE CLARY, | No. 4:25-CV-00445 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PENNSYLVANIA STATE UNIVERSITY, MICHAEL RHOADES, HAPPY VALLEY UNITED, SUCCESS WITH HONOR NIL, INC., BLUEPRINT SPORTS AND ENTERTAINMENT, LLC, JOHN DOES 1-10, and ABC CORPORATIONS 1-10, | |
| Defendants. | |

## ORDER

**AND NOW**, this 1st day of May 2025, upon consideration of the Stipulation, Doc. 24, **IT IS HEREBY ORDERED** that the Stipulation is **APPROVED**.

Defendant Success With Honor, Inc. is hereby **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the caption is amended as follows:

| | |
|---|---|
| KANYE CLARY, | No. 4:25-CV-00445 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PENNSYLVANIA STATE UNIVERSITY, MICHAEL RHOADES, HAPPY VALLEY UNITED, BLUEPRINT SPORTS AND ENTERTAINMENT, LLC, JOHN DOES 1-10, and ABC CORPORATIONS 1-10, | |
| Defendants. | |

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge