# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KANYE CLARY, | No. 4:25-CV-00445 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PENNSYLVANIA STATE UNIVERSITY, *et al.*, | |
| Defendants. | |

## ORDER

### DECEMBER 2, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 39) is **GRANTED** in part;

2. The defamation claim against Penn State is **DISMISSED**;

3. The defamation claim is **DISMISSED** as against Michael Rhoades with respect to Paragraphs 45, 49, 51, 52, 53, 54, 56, and 57, but not as to Paragraphs 41 and 56; and

4. Clary may, if he chooses, file a second amended complaint on or before December 16, 2025.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge